EUGENIA FLOCK, Respondent, v. JOSEPH FLOCK, Appellant.— In an action for separation, defendant appeals from an order denying his motion to strike from the complaint allegations contained in certain paragraphs thereof on the ground of *res judicata*, upon the authority of rule 107 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements, and with leave to defendant to serve an answer within ten days after the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

■

MEYER GOLDBLUM, Respondent, v. HOM-DEL, INC., Appellant.— In an action to recover brokerage commissions for having produced a purchaser ready, able and willing to buy certain real property owned by defendant on terms to which defendant agreed, defendant appeals from a judgment in favor of plaintiff, entered on a decision after trial before an Official Referee, to whom the matter was referred to hear and determine. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *post*, p. 968.]